NELSON *et al. v.* SANDERS.

GILBERT, J. This case is controlled by the case of *Nelson* v. *Maddox Grocery Company* this day decided.

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent because of sickness.*

No. 2927. MARCH 18, 1922.

Description of case, and names of counsel, as in case next before.